UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PELE LA CRUZ WATKINS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>ROBERT W. TEUTON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-02446-RFB-PAL<br><br>ORDER<br><br>(Mot Consolidate – ECF No. 5) |

Before the court is Plaintiffs' Motion for Order for Consolidation Under Rule 42(a) (ECF No. 5). The motion requests to consolidate this case with Case No. 2:16-cv-02425-JAD-GWF. A review of Case No. 2:16-cv-02425-JAD-GWF shows that the district judge entered an Order (ECF No. 11) on January 13, 2017, finding that both cases were duplicative. She therefore: 1) dismissed Case No. 2:16-cv-02425-JAD-GWF without prejudice; 2) directed the clerk to apply the $400 filing fee that Watkins filed in Case No. 2:16-cv-02425-JAD-GWF to this case so that he would not have to pay a second filing fee; and 3) directed the clerk to separately file Watkins' initiating documents in Case No. 2:16-cv-02425-JAD-GWF in this case as exhibits to Watkins' complaint so that Watkins would not need to refile them. Thus, there is no longer another case with which this case may be consolidated.

Having reviewed and considered the motion,

**IT IS ORDERED** that Watkins' Motion to Order for Consolidation Under Rule 42(a) (ECF No. 5) is **DENIED**.

DATED this 23rd day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1